IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON LACEY, | | No. CIV S-10-1695-JAM-CMK |
| | Plaintiff, | |
| | vs. | ORDER |
| B. HAMKAR, et al., | | |
| | Defendants. | |
| _____/ | | |

      Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's unopposed motion for leave to amend (Doc. 27).  Good cause appearing therefor, and no opposition having been filed, the request will be granted.  Given that defendants' motion for summary judgment (Doc. 18) seeks judgment on the original complaint, which is superceded by the amended complaint, the Clerk of the Court will be directed to terminate the motion as a pending motion.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    Plaintiff's unopposed motion for leave to amend (Doc. 27) is granted;

      2.    The Clerk of the Court shall file the proposed amended complaint submitted with plaintiff's motion;

1

3. The Clerk of the Court is directed to terminate defendants' motion for summary judgment (Doc. 18) as a pending motion; and

4. Defendant shall file a response to the amended complaint within 45 days of the date of this order.

DATED: January 17, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE