IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON LACEY,                                      No. CIV S-10-1695-JAM-CMK-P

    Plaintiff,

  vs.                                                        ORDER

B. HAMKAR, et al.,

    Defendants.

_____/

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for reconsideration (Docs. 37 & 39) of the court's February 24, 2012, order. Plaintiff noticed the motion for hearing before the undersigned on May 23, 2012. Pursuant to Eastern District of California Local Rule 303(c) & (e), the hearing is vacated and the motion will be referred directly to the District Judge assigned to this case following the date for filing opposition.

       IT IS SO ORDERED.

DATED: April 10, 2012

                                                       **CRAIG M. KELLISON**
                                                       UNITED STATES MAGISTRATE JUDGE

1