IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LACEY, | No. 2:10-CV-1695-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| B. HAMKAR, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is a motion for reconsideration (Doc. 37) of the Magistrate Judge's February 24, 2012, order.

Pursuant to Eastern District of California Local Rule 303(f), a Magistrate Judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law. The February 24, 2012, order is, therefore, affirmed.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for reconsideration (Doc. 37) is denied;
2. The Magistrate Judge's February 24, 2012, order is affirmed; and
3. No further motions for reconsideration of this order will be considered.

DATED: August 7, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE