IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LACEY, | No. 2:10-CV-1695-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| B. HAMKAR, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c). Pending before the court is defendants' motion for summary judgment (Docs. 18, 19, 20, 21, 22, and 23).

This matter was originally referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A). See Doc. 31. Pursuant to this referral, the court issued findings and recommendations on September 6, 2013, addressing the pending motion, and the parties have filed objections and responses thereto. Subsequently, all parties to the action consented to Magistrate Judge jurisdiction and the matter was reassigned. See Doc. 53.

      Having reviewed the entire file, including the objections to the September 9, 2013, findings and recommendations and responses thereto, the court hereby directs entry of final judgment for the reasons outlined in the findings and recommendations.

      Accordingly, IT IS HEREBY ORDERED that:

    1.   Defendants' motion for summary judgment (Docs. 18, 19, 20, 21, 22, and 23) is granted;

    2.   The Clerk of the Court is directed to enter judgment and close this file.

DATED: February 7, 2014

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE